AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

*FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON*

**Mar 20, 2025**

SEAN F. McAVOY, CLERK

JERRY PHILLIP N.,

*Plaintiff*

v.

LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:24-cv-00361-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Stipulated Motion for Remand, ECF No. 12, is GRANTED.
This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Rebecca L. Pennell

Date: 3/20/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams